# Court of Appeals
# of the State of Georgia

ATLANTA, <u>February 27, 2013</u>

*The Court of Appeals hereby passes the following order:*

**A13A0964. HARRIS v. THE STATE.**

It appearing that the appellant has filed a motion in the trial court to supplement the record but that a hearing is pending on that motion in the trial court; that appellant moves this court to dismiss the appeal for the purpose of perfecting the record below; and that the appropriate remedy is for this Court to remand this case to the trial court for perfection of the record;

This appeal is therefore deemed premature and, accordingly, the appeal is remanded to the trial court for resolution of the motion to supplement the record. Upon resolution of the motion, appellant may reinitiate his appeal of this case by the timely refiling of his original notice of appeal within 30 days of the trial court's order resolving the motion. See OCGA §§ 5-6-41; 5-6-48 (d).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>02/27/2013</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*